## HURLEY *v.* RAGEN, WARDEN.

No. 225, Misc.   Decided March 17, 1958.

Petitioner *pro se.*

*Latham Castle,* Attorney General of Illinois, for respondent.

PER CURIAM.

The petition for writ of certiorari is denied without consideration of the questions raised therein and without prejudice to the institution by petitioner of proceedings in any Illinois state court of competent jurisdiction under the Illinois Post-Conviction Hearing Act of August 4, 1949.   Ill. Rev. Stat., 1957, c. 38, § 826.